UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

**RECEIVED**
JUL 2 5 2007
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA        :        Criminal No. 07-609
                                :        **ORDER OF RELEASE**
vs

ROGER MICHAEL YOUNG
                                :

It is on this 25 TH day of July, 2007, Ordered:

That bail be fixed at $ 100,000 and the defendant be released upon:

A. Executing an unsecured appearance bond.
B. Executing a appearance bond and depositing in cash in the registry of the Court _____ % of the bail fixed.
C. Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

It is further **ORDERED** that, in addition to the above, the following conditions are imposed:

1. That the defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; and not retaliate against any witness, victim, or informant in this case.
2. That the defendant be released in the custody of the _____ _____ for supervision during the period of release.
3. That the defendant be restricted to _____
4. Additional Conditions as follows:

It is further **ORDERED** that the defendant be furnished a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Hon. Garrett E. Brown, Jr., USDJ

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to the violation of conditions of release.

_____
Deputy Clerk

- Travel Restricted to Continental United States, unless approved by Pretrial Serv.
- Surrender passport to PTS. If passport is needed for travel abroad, said passport may be returned to defendant once itinerary is submitted to PTS; passport to be surrendered immediately upon return. PTS may be in Washington, D.C.
- Remove all firearms from residence and provide verification of same to PTS.

## NOTICE OF PENALTIES APPLICABLE

## TO THE VIOLATION OF CONDITIONS OF RELEASE

Title 18, United States Code, Section 3146(c) provided that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provided that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than 5 years or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more than $1,000 or imprisonment for not more than one year, or both.