UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Electronically Filed

**ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP**
**John C. Whipple, Esq. (JW 1591)**
**560 Main Street**
**Chatham, New Jersey 07928**
**Telephone: 973-635-3366**
**Facsimile: 973-635-0855**
**Attorneys for Defendant Roger Michael Young**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROGER MICHAEL YOUNG,<br><br>Defendant. | Hon. Garrett E. Brown, Jr., Chief Judge<br><br>Criminal No. 07-00609-01<br><br>NOTICE OF MOTION<br>TO TERMINATE PROBATION |

TO: Paul B. Matey, Esq., Assistant United States Attorney
United States Attorney's Office
970 Broad Street
Newark, New Jersey 07102

SIR:

PLEASE TAKE NOTICE that Defendant Roger Michael Young, by and through his attorneys Arseneault, Whipple, Fassett & Azzarello, LLP (John C. Whipple, Esq., local counsel) and Mallon & McCool, LLC (Steven J. McCool, Esq., counsel of record), will move before the Honorable Garrett E. Brown, Jr., Chief Judge, United States District Court for the District of New Jersey, on a date and time to be set by the Court, for an Order terminating Defendant's term of probation.

PLEASE TAKE FURTHER NOTICE that Defendant relies upon the Memorandum submitted herewith. A proposed form of Order is submitted herewith.

Respectfully submitted,

| | |
|---|---|
| **ARSENEAULT, WHIPPLE,** **FASSETT & AZZARELLO, LLP** Local Counsel for Defendant Roger Michael Young | **MALLON & McCOOL, LLC** Counsel for Defendant Roger Michael Young |
| By: s/ John C. Whipple        John C. Whipple (JW 1591) | By: s/ Steven J. McCool        Steven J. McCool |

Dated: December 11, 2009

2